UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-HC-2233-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF COMMITMENT |
| | ) | |
| SCOTT LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |

This case comes before the Court on the parties' Notice of Concession and Voluntary Entry into Civil Commitment as a sexually dangerous person pursuant to 18 U.S.C. § 4248. The parties have filed a Stipulation of Facts, which provides the factual basis for Respondent Scott Lewis's ("Respondent") consent to commitment.

In reliance upon the parties' stipulations, and prior hearing, ~~After a hearing held on xxxxxxxxxxxxxx 2014~~, the Court hereby finds that Respondent is fully competent to consent to commitment under 18 U.S.C. § 4248. He is aware of the nature of commitment under 18 U.S.C. § 4248 and the consequences thereof.

The Court makes the following findings based on the Stipulation of Facts filed in this case, which is signed by Respondent and his attorney: (1) Respondent has engaged in and has attempted to engage in child molestation; (2) Respondent

1

suffers from three serious mental illnesses, abnormalities or disorders, namely Pedophilic Disorder, Asperger's Disorder, and Borderline Personality Disorder; and (3) as a result of Respondent's serious mental illnesses, abnormalities or disorders, he would have serious difficulty refraining from child molestation or sexually violent conduct if released from the custody of the Bureau of Prisons.

Based on these findings, the Court finds the government has shown by clear and convincing evidence that Respondent is a sexually dangerous person under the Adam Walsh Act.

The Court further finds that Respondent knowingly and voluntarily consents to commitment under 18 U.S.C. § 4248, for which there exists an independent basis in fact containing each of the essential elements for commitment under 18 U.S.C. § 4248, and Respondent is a sexually dangerous person within the meaning of 18 U.S.C. §§ 4247(a)(5) and (6).

IT IS THEREFORE ORDERED that:

1. Respondent knowingly and voluntarily consents to commitment under 18 U.S.C. § 4248, for which there exists an independent basis in fact containing each of the essential elements for commitment under 18 U.S.C. § 4248.

2. Respondent is a sexually dangerous person within the meaning of 18 U.S.C. §§ 4247(a)(5) and (6).

3. Respondent is hereby COMMITTED to the custody of the United States Attorney General as a sexually dangerous person pursuant to 18 U.S.C. § 4248(d). Motion to stay (DE 21) is ALLOWED and May 28, 2014, hearing now discontinued.

SO ORDERED, this the 19th day of March 2014.

*[signature: Louise W. Flanagan]*

LOUISE W. FLANAGAN
United States District Judge

3